1

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

Chev Rev. Edward Thomas Kennedy.
*Plaintiff/Petitioner*

v.

Charlie Dent, et. Al.
*Defendant/Respondent*

Civil Action No.

FILED
OCT 27 2017
KATE BARKMAN, Clerk
By ____ Dep. Clerk

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: [signature]

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 10/27/2017

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse* | You | Spouse* |
| Employment | $ Ø | $ | $ Ø | $ |
| Self-employment | $ Ø | $ | $ Ø | $ |
| Income from real property *(such as rental income)* | $ 0 | $ | $ Ø | $ |
| Interest and dividends | $ Ø | $ | $ Ø | $ |
| Gifts | $ Ø | $ | $ Ø | $ |
| Alimony | $ Ø | $ | $ Ø | $ |
| Child support | $ Ø | $ | $ Ø | $ |

** Catholic Priest, NOT married

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* * | $ Ø | $ | $ Ø | $ |
| Disability *(such as social security, insurance payments)* * | $ Ø | $ | $ Ø | $ |
| Unemployment payments | $ Ø | $ | $ Ø | $ |
| Public-assistance *(such as welfare)* | $ Ø | $ | $ Ø | $ |
| Other *(specify)*: | $ Ø | $ | $ Ø | $ |
| **Total monthly income:** | $ Ø | $ | $ Ø | $ |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| **Employer** | **Address** | **Dates of employment** | **Gross monthly pay** |
|---|---|---|---|
| NA | — | — | $ — |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)* **

| **Employer** | **Address** | **Dates of employment** | **Gross monthly pay** |
|---|---|---|---|
| NA | | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ ________________

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| **Financial institution** | **Type of account** | **Amount you have** | **Amount your spouse has** |
|---|---|---|---|
| TD Bank. | Basic Checking (new) | $ 200 | $ Ø |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

* Applied for SSI, 1st interview on 10/30/2017 again for depression.

Page 3 35

PAE-AO 239 (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ Ø |
| Other real estate *(Value)* Auto is shared. | $ Ø |
| Motor vehicle #1 *(Value)* AUTO owned by Church | $ Ø |
| Make and year: 2011 Honda | |
| Model: CR-V | |
| Motor vehicle #2 *(Value)* | $ Ø |
| Make and year: | |
| Model: | |
| Other assets *(Value)* | $ Ø |
| Other assets *(Value)* | $ Ø |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse ✗ ✗ |
|---|---|---|
| NØ | $ Ø | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| NONE | | |
| | | |
| | | |

NO children

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>Are real estate taxes included? ❒ Yes ❒ No<br>Is property insurance included? ❒ Yes ❒ No | $ 620 | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ INCL | $ |
| Home maintenance *(repairs and upkeep)* | $ Ø | $ |
| Food (I fast) | $ 200 | $ |
| Clothing | $ Ø | $ |
| Laundry and dry-cleaning | $ INCL | $ |
| Medical and dental expenses (I'm a Doctor) | $ Ø | $ |
| Transportation *(not including motor vehicle payments)* gas. | $ 200 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ Ø | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
| Homeowner's or renter's: | $ Ø | $ |
| Life: | $ Ø | $ |
| Health: | $ Ø | $ |
| Motor vehicle: | $ 600/yr. | $ |
| Other: | $ Ø | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* I owe TAX - FIT | $ NR | $ |
| Installment payments | | |
| Motor vehicle: | $ Ø | $ |
| Credit card *(name)*: | $ Ø | $ |
| Department store *(name)*: | $ Ø | $ |
| Other: | $ Ø | $ |
| Alimony, maintenance, and support paid to others | $ Ø | $ |

I owe F.I.T. but was due to [illegible] Theft.

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ 180 | $ |
| Other *(specify)*: | $ 0 | $ |
| **Total monthly expenses:** | $ 1000 | $ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☒ Yes ☐ No If yes, describe on an attached sheet. Applied for SSA dis-ability as 8 10/30/2017 interview

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form? ☐ Yes ☒ No

If yes, how much? $ ____________

If yes, state the attorney's name, address, and telephone number:

11. Have you paid — or will you be paying — anyone other than an attorney *(such as a paralegal or a typist)* any money for services in connection with this case, including the completion of this form? ☐ Yes ☒ No

If yes, how much? $ 0

If yes, state the person's name, address, and telephone number:

No Attorney
Prefer. Pro Se.

12. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

spent my funds (A) on others and (B) on medicines to heal since 2002 (C) Family removed charity

13. Identify the city and state of your legal residence.

Your daytime phone number: ____________

Your age: 64 Your years of schooling: 18, All Catholic Schools,

Last four digits of your social-security number: 5450

plus many theology and Monastic Medicines courses from My Order and Church

See Complaint for Credentials. Blessings

EXHIBIT _1_

Holy Catholic Church of the East
Vicarate of Nevis Island & Ecuador

By the Grace of God, we inform that in accordance with canonical laws and traditions of the Ancient Holy Church of the East, we certify through this instrument the *Ordination of Priesthood*

*Edward T. Kennedy*

(*Apostle Ecclesiastic no* [illegible] Date [illegible])

Authorized Bishop

Diocese of the Sacred Medical Order of the Church of Hope
www.smoch.org

THE SACRED MEDICAL ORDER OF THE KNIGHTS OF HOPE
ORDEN MEDICA SAGRADA DE CABALLEROS DE ESPERANZA

IMPORTANT
This document is valid in all countries unless otherwise restricted. It is not transferable. It is for the sole use by the person to whom it is issued. The person to whom it is issued must sign his or her name immediately upon receipt. This document is not valid unless it is signed.

IMPORTANTE
El presente documento es valido par viajar por todos los paises salvo indicaciones contrarias. Es intransferible. Unicamente la persona para la cual ha sido expedido puede utilizarlo. El titular debe ser firmado al instante de recibirlo. Est documento no es valido sina la firma del titular.

TYPE OF PASSPORT
___ Personal ✓ Diplomatic

Professsion of Holder [illegible]

Authorization [illegible]

Seal

THE SACRED MEDICAL ORDER OF THE KNIGHTS OF HOPE

PASSPORT
PASSEPORT
PASAPORTE

Passport No. / Pasaporte No. QS01003115

NAME OF BEARER / NOM DU TITULAIRE / APPELIDOS
KENNEDY

Given Names /Nombre EDWARD THOMAS

Nationality / Nacion UNITED STATES OF AMERICA

Place of Birth / Lugar de Naci PENNSLYVANIA

Sex / Sexe / Sexo - Date of Birth / Fecha de Nacimiento
MALE 25 OCT 1953

Date of Issue / Fecha de Expedicion 13 SEP 2012

Date of Expiry / Fecha de Expiracion 13 SEP 2017

Issuing Authority / Autoridad Expedidora: Sovereign Council

P<QSOKENNEDY<<EDWARD<THOMAS<<<<<<<<<<<<<<<<<<
QS01003115<0USA531025M170913<<<<<<<<<<<<<<06



EXHIBIT 2

2