UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
Allentown Division

Chev. Rev. Edward Thomas Kennedy,

                Plaintiff.

v.

Charlie Dent,
Nina E. Olson,
John Koskinen,                                    Case: 17-CV-4844
Paulino do Rego Barros, Jr.,
Richard Smith,
Equifax Inc.

                Defendants.

**FILED**

**NOV - 6 2017**

KATE BARKMAN, Clerk
By _____ Dep. Clerk

Notice

1. Plaintiff requests this case to stop immediately, and apologizes to all.

2. Plaintiff filed this prior to agreements made on October 18th 2017 and hereby withdraws the Complaint against all defendants, or simply requests this become a nonsuit.

_(signature)_
Chev. Rev. Edward Thomas Kennedy, Plaintiff
kennedy2018@alumni.nd.edu.
address: 401 Tillage Road, Breinigsville, PA 18031
Phone: 4152751244.